IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALEXIS DEAN JAMES                                                                                   PETITIONER

VS.                                      CASE NO. 2:06CV00053 HLJ

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                      RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed without prejudice as moot.

SO ADJUDGED this 14th day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE